IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK A. PUGLISI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:15-CV-00171-PLR-CCS |
| v. ) | |
| ) | |
| PATRICK R. DONAHOE, *Postmaster* ) | |
| *General*, and UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| | |
| Defendants. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff and Defendants and announce to the Court that all matters herein controversy between them have been compromised and settled out of Court, and that Plaintiff, for valuable consideration, has executed a settlement agreement and release in full and final settlement of all of his claims against Defendants arising out of the matters in controversy, including costs and attorney's fees. As a result, the parties stipulate that Plaintiff's cause of action should be dismissed with full prejudice to Plaintiff against the re-filing of the same, that Defendants be relieved from any and all further responsibility in this matter, and that Plaintiff and Defendants shall each bear their own discretionary costs.

Attorney for Plaintiff:

*s/Waite P. Stuhl_(w/ permission by KLS)*
Waite P. Stuhl (Missouri Bar No. 44782)
6342 Waterman Avenue
St. Louis, Missouri 63130
wstuhl@sbcglobal.net
(314) 974-4163



Attorney for Defendants:

NANCY STALLARD HARR
United States Attorney


*s/ Kenny L. Saffles*
Kenny L. Saffles (BPR #023870)
Jessica R. Sievert (Florida Bar No. 55839)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Kenny.Saffles@usdoj.gov
Jessica.Sievert@usdoj.gov
(865) 545-4167

2